ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ANN L. MALEY, CSBN 176877
Special Assistant United States Attorney
    160 Spear Street, suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8974
    Facsimile:  (415) 744-0134
    E-Mail:  Ann.Maley@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| AMAILA NAGUIB, | Case No.: 8:13-cv-00687-DSF-JEM |
| Plaintiff, | [~~PROPOSED~~] |
| | JUDGMENT FOR REMAND |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS ADJUDGED that this case is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the Stipulation to Remand.

Dated: November 18, 2013

                              _John E. McDermott_
                              HON. JOHN E. MCDERMOTT
                              UNITED STATES MAGISTRATE JUDGE